# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 22-40316   Coalition v. Su
              USDC No. 1:21-CV-130

Enclosed is an order entered in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Rebecca L. Leto, Deputy Clerk
               504-310-7703

Mr. Maurice Baskin
Mr. Joseph Forrest Busa
Mr. Robert Francois Friedman
Ms. Alisa Beth Klein
Mr. Robert Charles Merritt
Mr. David O'Toole