# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 19, 2024
Lyle W. Cayce
Clerk

No. 22-40316

Coalition for Workforce Innovation; Associated Builders and Contractors of Southeast Texas; Associated Builders and Contractors, Incorporated; Financial Services Institute, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor, United States Department of Labor*; Jessica Looman, *in her official capacity as Administrator, Division of Wage and Hour*; United States Department of Labor,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CV-130

_____

### UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellees' opposed motion to lift the stay of proceedings in this court is GRANTED.

No. 22-40316

IT IS FURTHER ORDERED that Appellants' opposed motion to vacate the decision of the district court is GRANTED; the district court's decision is MOOT.

IT IS FURTHER ORDERED that Appellees' opposed motion to remand case to the United States District Court for the Eastern District of Texas, Beaumont Division is GRANTED to allow the Plaintiffs to file an amended complaint.