**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **COALITION FOR WORKFORCE INNOVATION, *et al.*,** | ) | |
| | ) | **Case No. 22-40316** |
| **Plaintiffs-Appellees,** | ) | |
| | ) | |
| **vs.** | ) | |
| **JULIE SU, *et al.*,** | | |
| **Defendants-Appellants,** | | |

**PLAINTIFFS'-APPELLEES' MOTION TO EXPEDITE ISSUANCE OF THE MANDATE**

Plaintiffs-Appellees the Coalition for Workforce Innovation ("CWI"), Associated Builders and Contractors of Southeast Texas, Inc. ("ABCST"), Associated Builders and Contractors, Inc. ("ABC"), and the Financial Services Institute, Inc. ("FSI") (collectively the "Associations") hereby move pursuant to FRAP 41(b) and Fifth Circuit Rule 41 I.O.P. to expedite issuance of the mandate in this appeal. As good cause for the motion, the Associations submit as follows:

1. On February 19, 2024, this Court ruled on all pending motions, declaring that the decision of the district court is moot and therefore vacated; and further ordering that the case should be remanded to the district court "to allow the Plaintiffs to file an amended complaint" against the Department's 2024 Independent

Contractor Rule. ECF Docket No. 82-2. Though not part of the Court's posted order, the electronic docket entry states: "Mandate issue date is 04/12/2024." ECF Docket No. 82.

2. On information and belief, neither party intends to petition for rehearing from the Court's ruling, so no purpose is served by withholding the mandate for the full period allowed by the FRAP. In addition, the challenged Rule is scheduled to take effect on March 11, 2024. The Associations will therefore be prejudiced by a delay in issuance of the mandate because the new Rule will take effect before the Associations can present their amended complaint to the district court. For both of these reasons, the Associations ask that the Court issue its mandate forthwith.

3. FRAP 41(b) expressly authorizes the courts of appeals to shorten the time in which mandates may issue. This Court's Rule 41 Internal Operating Procedure further specifies that "the clerk will immediately issue the mandate … in such … instances as the court may direct." Good cause has generally been found when there is no likelihood of either party filing a petition for rehearing or for similar reasons. *See also League of United Latin American Citizens, Dist. 19 v. City of Boerne*, 675 F.3d 433, 441 (5th Cir. 2012) (vacating a district court order, denying the appellant's motion for a stay as moot, and specifying that "[t]he mandate shall issue forthwith"); *Senate Manor Props., LLC v. U.S. Dep't of Hous. & Urban Dev.*, 315 F. App'x 235, 239 (Fed. Cir. 2008) (ordering that, absent the filing of a motion

for rehearing, the mandate issue seven days after issuance of the Court's order remanding the case).

4. Counsel for the Associations have conferred with the Department's counsel regarding this request. The Department indicated they are taking no position on the Associations' request. Accordingly, there is no obstacle to granting the request.

## CONCLUSION

The Associations respectfully ask this Court to issue the mandate forthwith so that Plaintiffs-Appellees can submit their amended complaint to the district court before the Department's new Independent Contractor Rule goes into effect.

Respectfully submitted,

*/s/ Maurice Baskin*

Maurice Baskin
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Washington, D.C. 20006
(202) 202-772-2526
mbaskin@littler.com

*ATTORNEY FOR PLAINTIFFS-APPELLEES*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the above-named counsel hereby certifies that this memorandum complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare it, this memorandum contains 459 words.

*/s/ Maurice Baskin*

Maurice Baskin
Littler Mendelson, P.C.
815 Connecticut Ave., N.W.
Washington, D.C. 20006
202-772-2526
mbaskin@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2024, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, thereby sending notification of such filing to all counsel of record.

*/s/Maurice Baskin*